United States Bankruptcy Court
District of Colorado

Lynd,
     Plaintiff                                   Adv. Proc. No. 12-01138-EEB

National Collegiate Trust/American Eui,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: spressera          Page 1 of 2                Date Rcvd: Aug 15, 2013
                           Form ID: pdf904          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2013.
        +David and Caroline Lynd,    870 West 134th Avenue, Unit 1,   Denver, CO 80234-1104
dft        +National Collegiate Trust/American Eui,   466 Lexington Avenue #21,   New York, NY 10017-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2013**            **Signature:**       *Joseph Speetjens*

```
District/off: 1082-1          User: spressera           Page 2 of 2              Date Rcvd: Aug 15, 2013
                              Form ID: pdf904            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2013 at the address(es) listed below:
        Alexis L. Davidson    on behalf of Defendant    National Collegiate Trust/American Eui
        alewis@dabauerpc.com
        Kevin O. Callahan    on behalf of Plaintiff David A. Lynd kevin@newlifelaw.com
        Matthew Peters   on behalf of Defendant    National Collegiate Trust/American Eui
        mpeters@dabauerpc.com
                                                     TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

In re:

DAVID A. LYND,                                    Bankruptcy Case No. 11-23935 EEB
CAROLINE B. LYND,                                 Chapter 7

Debtors.

DAVID A. LYND,

                                                  Adversary Proceeding No. 12-1138 EEB
Plaintiff,

v.

NATIONAL COLLEGIATE
TRUST/AMERICAN EUI,

Defendant.

## ORDER DISMISSING ADVERSARY PROCEEDING

THIS MATTER comes before the Court on the Motion to Dismiss Adversary
Proceeding, filed by Plaintiffs on August 14, 2013, and the Court being otherwise advised in the
premises, hereby

ORDERS that this adversary case be and it hereby is DISMISSED.

DATED this 15th day of August, 2013.         BY THE COURT:

                                             Elizabeth E. Brown,
                                             United States Bankruptcy Judge